MARIST COLLEGE et al., Plaintiffs, v CHAZEN ENVIRONMENTAL SERVICES, INC., Defendant and Third-Party Plaintiff-Appellant, et al., Defendants. BRUSH & WEAVING CORPORATION, Doing Business as BLOCKSOM & Co., Third-Party Defendant-Respondent.

Submitted July 25, 2011; decided October 20, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BARBARA OSARCZUK et al., Appellants, v ASSOCIATED UNIVERSITIES, INCORPORATED, Commonly Known as BROOKHAVEN NATIONAL LABORATORY, Respondent. (And a Third-Party Action.)

Submitted August 22, 2011; decided October 20, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GUY DICKINSON, Appellant.

Submitted October 11, 2011; decided October 20, 2011

Motion by New York State Defenders Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.